IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DEBRA LANGSTON and ) <br> NATHANIEL LANGSTON; ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GEORGIA RENEWABLE POWER, ) <br> LLC; GRP FRANKLIN, LLC d/b/a GRP ) <br> FRANKLIN I, LLC; VEOLIA ENERGY ) <br> OPERATING SERVICES, LLC; and ) <br> JOHN DOE CORPORATIONS 1-20; ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br><br> 3:21-cv-65 |

## AMENDMENT TO COMPLAINT FOR DAMAGES

Come now Plaintiffs, DEBRA LANGSTON and NATHANIEL LANGSTON (hereinafter collectively "Plaintiffs"), by and through undersigned counsel and file this Amendment to Complaint for Damages against Defendants, GEORGIA RENEWABLE POWER, LLC ("GRP"), GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC ("GRPF"), VEOLIA ENERGY OPERATING SERVICES, LLC ("VEOS"), and JOHN DOE CORPORATIONS 1-20 (hereinafter collectively "Defendants"), and, in support hereof, and amend paragraph 1 of their Complaint for Damages to read as follows:

1.

Plaintiffs are a mother (Debra Langston) and son (Nathaniel Langston) who reside at the real estate involved in this action, having a street address of 3289 Highway 198 Carnesville, Franklin County, Georgia 30521.  Plaintiff Nathaniel Langston is the

owner of said real property as well as adjacent real property located at 3245 Highway 198 Carnesville, Franklin County, Georgia, 30521. The deeds to these properties are attached as Exhibits "A" and "B", respectively and are jointly referred to herein as "Plaintiffs' Real Property".

Except as set forth herein no other provision of Plaintiffs' Complaint for Damages is amended or effected in any way.

Respectfully submitted, this 2nd day of November, 2021.

              McRAE, SMITH, PEEK,
              HARMAN & MONROE, LLP

| | |
|---|---|
| | s/*Jason B. Sanker, Esq.* |
| 111 Bridgepoint Plaza | MICHAEL D. McRAE |
| Suite 300 | Georgia Bar No. 499150 |
| Rome, Georgia 30161 | VIRGINIA BARROW HARMAN |
| p: (706) 291-6223 | Georgia Bar No. 327225 |
| f: (706) 291-7429 | JASON B. SANKER |
| mmcrae@msp-lawfirm.com | Georgia Bar No. 142463 |
| vharman@msp-lawfirm.com | JOHN F. LEE NIEDRACH |
| jsanker@msp-lawfirm.com | Georgia Bar No. 152408 |
| lniedrach@msp-lawfirm.com | LINTON S. JOHNSON, III |
| ljohnson@msp-lawfirm.com | Georgia Bar No. 107244 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **DEBRA LANGSTON** and **NATHANIEL LANGSTON**; | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: |
| v. | ) ) ) | 3:21-cv-65 |
| **GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC;** and **JOHN DOE CORPORATIONS 1-20**; | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am of counsel for the Plaintiffs Debra Langston and Nathaniel Langston in the above-stated case and that I have this day served the Amendment to Complaint for Damages to all counsel via email and by mailing a copy thereof to the following in properly addressed envelope with sufficient postage affixed thereon:

BALCH & BINGHAM LLP
M. Anne Kaufold-Wiggins
30 Ivan Allen Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308
awiggins@balch.com

SWEETNAM & SCHWARTZ
Edwin Schwartz
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338
ess@mseslegal.com

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
David A. Dial
Stephen J. Rapp
J. Alexander Prescott
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

This 2nd day of November, 2021.

                            MCRAE, SMITH, PEEK, HARMAN
                            & MONROE, LLP

| | |
|---|---|
| | s/Jason B. Sanker, Esq. |
| 111 Bridgepoint Plaza | JASON B. SANKER |
| Suite 300 | Georgia Bar No. 142463 |
| Rome, Georgia 30161 | VIRGINIA BARROW HARMAN |
| p: (706) 291-6223 | Georgia Bar No. 327225 |
| f: (706) 291-7429 | MICHAEL D. McRAE |
| mmcrae@msp-lawfirm.com | Georgia Bar No. 499150 |
| vharman@msp-lawfirm.com | JOHN F. LEE NIEDRACH |
| jsanker@msp-lawfirm.com | Georgia Bar No. 152408 |
| lniedrach@msp-lawfirm.com | LINTON S. JOHNSON, III |
| ljohnson@msp-lawfirm.com | Georgia Bar No. 107244 |