UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AGNES MILLEN, *et.al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA RENEWABLE POWER, LLC;<br>*et. al,*<br><br>    Defendants. | Civil Action No.: 3:21-CV-42(CDL)<br>(Lead Consolidated Case) |

**DEFENDANTS GEORGIA RENEWABLE POWER, LLC AND GRP FRANKLIN I, LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE OF COURT TO ADD PLAINTIFFS AND AMEND COMPLAINT FOR DAMAGES**

COME NOW Defendants Georgia Renewable Power, LLC and GRP Franklin I, LLC (collectively, "these Defendants") and file their response to Plaintiffs Linda Abbs, The Linda R. Abbs Revocable Living Trust, Mark Bellamy, and Bruce O'Connor's Motion for Leave of Court to Add Plaintiffs and Amend Complaint for Damages (Dkt. 17) and states that these Defendants do not oppose the motion.

Respectfully submitted this 22nd day of November, 2021.

                                                                 */s/ M. Anne Kaufold-Wiggins*
                                                                 M. Anne Kaufold-Wiggins
                                                                 Georgia Bar No. 142239
                                                                 awiggins@balch.com
                                                                 Hugh Peterson III
                                                                 Georgia Bar No. 574212
                                                                 hpeterson@balch.com
                                                                 Whitney Della Torre
                                                                 Georgia Bar No. 433364
                                                                 wdellatorre@balch.com

Brittany Temple
Georgia Bar No. 627292
btemple@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM & SCHWARTZ**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (470) 395-7842
Facsimile: (770) 234-6779
ess@mseslegal.com

*Attorneys for Defendants Georgia Renewable Power, LLC and GRP Franklin I, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of November, 2021, a copy of the foregoing has been served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

                                         */s/ M. Anne Kaufold-Wiggins*
                                         M. Anne Kaufold-Wiggins
                                         Georgia Bar No. 142239