```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

AGNES MILLEN, *et al.*,           *

    Plaintiffs,              *

vs.                               *

                                             CASE NO. 3:21-CV-42 (CDL)

GEORGIA RENEWABLE POWER, LLC,     *
*et al.*,
                                 *

    Defendants.
                                  *

## O R D E R

The Court grants the parties' joint renewed motion to sever additional cases for trial (ECF No. 218) as follows.  In accordance with the parties' proposal, the Court will try one abated nuisance case and one continuing nuisance case during the May 2024 trial term, which is scheduled to begin on May 13, 2024.  The pretrial conference will be held in April 2024.  The two bellwether cases proposed by the parties (Jinks, 3:21-cv-61 and Sweatman, 3:21-cv-44) shall be subject to the Court's final pretrial order requirements, as shall the six proposed replacement cases (O'Connor, 3:21-cv-58, Pearcy, 3:21-cv-57, Ayers, 3:21-cv-49, Nesmith, 3:21-cv-43, Gettys, 3:21-cv-53, and Pruitt, 3:21-cv-55).  The Clerk is directed to sever these six cases.  If a proposed bellwether case is settled before trial, it will be replaced on the trial schedule with a replacement case.  From now on, all

filings related only to a single severed case shall be filed only in that case.

IT IS SO ORDERED, this 20th day of November, 2023.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA