```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

AGNES MILLEN,                          *

    Plaintiff,                     *

vs.                                    *
                                                  CASE NO. 3:21-CV-42 (CDL)
GEORGIA RENEWABLE POWER, LLC,          *
*et al.*,
                                       *

    Defendants.
                                       *

## O R D E R

In accordance with the mandate issued by the Court of Appeals on August 8, 2024, the Court hereby reissues its orders dated May 23, 2024 and June 20, 2024. As discussed in those orders, the Court vacates the summary judgment order as to the claims of Agnes Millen; grants the consent motion for substitution of Lisa Millen Harper and Robin Lynn Mahan, as executors of Agnes Millen's estate, in the place of Agnes Millen; and consolidates this case with the other eleven remaining cases for trial during the November 2024 trial term.

    IT IS SO ORDERED, this 12th day of August, 2024.

                                                  s/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA